```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 33642
   LORETTA SAENZ
   WILLIAM D SAENZ                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK

       Debtor
  SSN XXX-XX-5027     SSN XXX-XX-7000


-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/24/05 and confirmed on 12/09/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  57000.00 .

    4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00            .00            .00
FIRST BANK & TRUST EVANS   SECURED VEHIC    18509.83        1070.37       18509.83
AMERICAN GENERAL FINANCE   UNSECURED         1533.51            .00         905.63
AT&T                       UNSECURED        NOT FILED          .00            .00
FIA CARD SERVICES          UNSECURED        NOT FILED          .00            .00
FIA CARD SERVICES          UNSECURED         7430.62            .00        4388.24
JP MORGAN CHASE BANK       UNSECURED        NOT FILED          .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED         9788.47            .00        5780.70
ECAST SETTLEMENT CORP      UNSECURED          569.94            .00         336.59
SMC                        UNSECURED           40.83            .00          24.11
BANK ONE/JPM CHASE         UNSECURED         4511.44            .00        2664.29
BANK ONE COLUMBUS          UNSECURED        NOT FILED          .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED         7170.46            .00        4234.60
CITIBANK NA                UNSECURED        NOT FILED          .00            .00
FIRST NATIONAL BANK OF O   UNSECURED         7299.12            .00        4310.59
FLEET CREDIT CARD SERVIC   UNSECURED        NOT FILED          .00            .00
GE MONEY BANK              UNSECURED          478.76            .00         282.74
HOME DEPOT CREDIT SERVIC   UNSECURED        NOT FILED          .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED         1174.30            .00         693.50
KOHLS                      UNSECURED         1460.05            .00         862.25
-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
ECAST SETTLEMENT CORP      UNSECURED         4493.70            .00        2653.81
RETAIL SERVICES            UNSECURED        NOT FILED          .00            .00
TARGET NATIONAL BANK       UNSECURED         1685.63            .00         995.47
ECAST SETTLEMENT CORPORA   UNSECURED         1473.30            .00         870.08
ROUNDUP FUNDING LLC        UNSECURED          327.72            .00         193.54
FIRST BANK & TRUST EVANS   UNSECURED         3187.97            .00        1882.69
       Summary of disbursements:
```

```
                     SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  18509.83         .00     52625.82          .00      71135.65
PRINCIPAL PAID      18509.83         .00     31078.83          .00      49588.66
INTEREST PAID        1070.37         .00          .00          .00       1070.37
TOTAL PAID          19580.20         .00     31078.83          .00      50659.03
```
The Debtor's attorney, RONALD D CUMMINGS             , was allowed $   2700.00
and was paid $     306.00   direct and $    2394.00   through the plan.

The Trustee received $    2446.97 .

Refunds to the Debtor totaled $    1500.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/16/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE